**FILED**

JUL 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED YASLAM SAID KUMAN<br>Guantanamo Bay, CUBA<br><br>　　　　Petitioner<br><br>　　v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>ROBERT M. GATES<br>Secretary of Defense<br><br>REAR ADMIRAL DAVID M. THOMAS, JR.<br>Commander, Joint Task Force -GTMO<br><br>ARMY COL. BRUCE VARGO<br>Commander, Joint Detention Operations Group, Joint Task Force - GTMO<br>　　　　Respondent | Leave to file without Prepayment of Cost **GRANTED**<br>*Royce C. Lamberth*<br>U.S.D.J.  7/17/08<br><br>**Civil Action Number**<br><br>Case: 1:08-cv-01235<br>Assigned To : Bates, John D.<br>Assign. Date : 7/17/2008<br>Description: Habeas Corpus |

**PETITION FOR WRIT OF HABEAS CORPUS**

1

JAN-15-2007 16:12                                                                  P.05

# FOUO

GUANTANAMO BAY

I, SAMI AL HAJJ, hereby state that I am familiar with the American legal concept of 'next friend' and I wish to act as next friend for the following prisoners who are being held here in Guantanamo Bay. The Department of Defense's Enemy Combatant Notice (ECN) that was distributed to detainees expressly stated that a detainee could have a "family member or friend" file a habeas petition on the detainee's behalf. Because these are men who are not familiar with the U.S. legal system and customs, and because it is so difficult for these prisoners to have a family member perform this task, I am acting as their friend. Each one has been held at this prison for four to five years without access to legal counsel:



SAID KUMAN, AHMED YASLAM

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 15 day of December, 2006.

_____
Sami al Hajj

# FOUO