IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED YASLAM SAID KUMAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) <br> ) | Civil Action No. 08-CV-1235 (JDB) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of petitioner:

> CRAIG HARBAUGH
> Deputy Federal Public Defender
> Office of the Federal Public Defender
> 321 East 2nd Street
> Los Angeles, Ca 90012
> (213) 894-7865; Facsimile: (213) 894-0081
> Email: Craig_Harbaugh@fd.org

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: August 12, 2008       By  /s/ Craig Harbaugh
                             CRAIG HARBAUGH (D.C. Bar No. 974117)
                             CARLTON F. GUNN[1] (CA Bar No. 112344)
                             Deputy Federal Public Defenders
                             Office of the Federal Public Defender
                             321 East 2nd Street
                             Los Angeles, CA 90012
                             (213) 894-1700; Facsimile: (213) 894-0081
                             Attorneys for Petitioner

---

[1] DFPD Gunn will separately file a notice of appearance once he obtains his Case Management - Electronic Case Filing login and password.