IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED YASLAM SAID KUMAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) <br> ) | Civil Action No. 08-CV-1235 (JDB) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of petitioner:

      CARLTON F. GUNN
      Deputy Federal Public Defender
      Office of the Federal Public Defender
      321 East 2nd Street
      Los Angeles, Ca 90012
      (213) 894-7865; Facsimile: (213) 894-0081
      Email: Carlton_Gunn@fd.org

                                       Respectfully submitted,

                                       SEAN K. KENNEDY
                                       Federal Public Defender

DATED: August 12, 2008          By  /s/ CARLTON F. GUNN
                                                      CARLTON F. GUNN (CA Bar No. 112344)
                                                      CRAIG HARBAUGH (D.C. Bar No. 974117 )
                                                      Deputy Federal Public Defenders
                                                      Office of the Federal Public Defender
                                                      321 East 2nd Street
                                                      Los Angeles, CA 90012
                                                     (213) 894-1700; Facsimile: (213) 894-0081
                                                     Attorneys for Petitioner