UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED YASLAM SAID KUMAN,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>Respondents. | Civil Action No. 08-1235 (JDB) |

### ORDER

Upon consideration of [120] respondents' motion to dismiss, the parties' several memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that the stay in this case is **LIFTED**; it is further

**ORDERED** that [120] respondents' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that [2] petitioner's habeas corpus petition is **DISMISSED without prejudice**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: July 23, 2010